IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CIARA LOPEZ** | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL NO |
| | § | 1:18-CV-597-RP |
| | § | |
| **ALEJANDRO M. SANCHEZ, DBA** | § | |
| **U.S. INTERNATIONAL SECURITY** | § | |
| **SERVICE and FRANK ARISPE JR** | § | |
| Defendants. | § | |



EXHIBIT
1

## PLAINTIFF'S FIRST AMENDED COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Ciara Lopez, hereinafter called Plaintiff, complaining of and about Alejandro M. Sanchez (aka Alex), dba U.S. International Security Service and Frank Arispe Jr. hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2. Plaintiff, Ciara Lopez, is an Individual whose address is 4502 Aristocrat Dr., Austin, Texas 78725.

3. The last three numbers of Ciara Lopez's driver's license number are 667..

4. Defendant **Alejandro M. Sanchez (aka Alex or Alexandro)** is the owner and manager of International Security Service, a security company based in Texas. This Defendant and International Security Service have been cited and now appears with counsel in this case. **Frank Arispe Jr.,** an employee of US International Security Service at the time of this incident has been served and appears with counsel in this case. All defendants are being sued individually

and personally.

## JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court.

6. Plaintiff seeks:

   a. monetary relief over $200,000 but not more than $1,000,000.

7. This court has jurisdiction over the parties because Defendants are all Texas residents.

8. Venue in Travis County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

9. On July 3, 2016, Plaintiff and friends were in line to purchase food at a food trailer located at 1919 E. Riverside. Plaintiff was fully compliant with all local, city and federal rules, laws and policies and was not causing a disturbance. As Plaintiff stood in line awaiting her opportunity to place a food order, Defendant Frank Arispe Jr., a person employed by Defendant Alejandro M Sanchez, through U.S. International Security and working under the control and directions of U.S. International Security immediately approached Plaintiff and began to grab and physically assault her. Alexandro Sanchez trained, supervised and controlled all actions of Frank Arispe Jr. while performing security services  Defendant Arispe physically struck, assaulted  and forcefully threw Plaintiff against the food trailer causing her to suffer physical injuries and pains to her body. Plaintiff continuously complied with any and all reasonable request by Defendants and never violated any laws, statutes or rules and did not make any assaultive actions against any individuals. Defendant Arispe stated that he confronted and

took physical hold of Plaintiff's body because he was personally offended that Plaintiff was standing with her arm around her female companion.  Defendant began demanding that Plaintiff remove her arms from making contact with her companion.  At no time did Plaintiff place her hands inside her companion's clothing or violate any laws or ordinances. Defendant Arispe immediately forcefully grabbed Plaintiff's hands and aggressively pushed them behind her back and place his handcuffs on her wrists, thereby placing her under arrest.  Defendant threatened to continue the arresting of Plaintiff unless she stopped holding her female companion as he stated that he believed her actions were offensive.

10. Individuals who observed Defendant's actions immediately demanded Defendant Arispe Jr. release Plaintiff and called the Austin Police Department to send an officer to take control of Defendant Arispe Jr. Defendant Arispe determined to release the handcuffs off Plaintiff when he was made aware that his actions had caused her physical injuries and had created a crowd of on lookers.  Plaintiff immediately returned to the location of her friends and associates and refused to interact with Defendant Arispe Jr.

11. Plaintiff had emotional and physical injuries caused completely and simply by the actions of Defendant Arispe.  Plaintiff's watch was broken because of Defendants' actions. Plaintiff suffered injuries which included shoulder, facial and jaw pains and was eventually diagnosed with rotator cuff injury based upon the actions described herein.

12. Frank Arispe Jr. and Alejandro M. Sanchez had a duty to exercise reasonable force, if necessary and to avoid committing an assault upon Plaintiff.

13 Plaintiff's injuries were proximately caused by Defendants' negligent, careless and reckless disregard of said duty and their failure to properly train and control Arispe's actions against Plaintiff.

14. The negligent, careless and reckless disregard of duty and Plaintiff's rights included the assault on Plaintiff and the physically placing her in handcuffs and causing her to be physically thrown up against the trailer.

15. At the time of the occurrence of the acts in question and immediately prior thereto, Frank Arispe Jr was within the course and scope of employment for Defendants Alejandro Sanchez, dba International Security Service.

## EXEMPLARY DAMAGES

16. Defendants had a specific intent to cause substantial injury or harm to the Plaintiff.

17. Defendants acts or omissions described above, when viewed from the standpoint of all Defendants at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others. Defendants had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

18. Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendants.

## DAMAGES FOR PLAINTIFF, CIARA LOPEZ

19. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, Ciara Lopez was caused to suffer numerous damages to include the following damages:

    A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff, Ciara Lopez for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Travis County, Texas;

    B.    Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

    C.    Physical pain and suffering in the past;

    D.    Physical pain and suffering in the future;

    E.    Physical impairment in the past;

    F.    Loss of earnings in the past;

    G.    Loss of Consortium in the past;

    H.    Property damages ;

    I.    Mental anguish in the past; and

    J.    Mental anguish in the future.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Ciara Lopez, respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, and as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

By: /s/Bobby Taylor
Bobby R. Taylor

          Texas Bar No. 19685500
          Email: bobby@taylor-law.com
          1709 E. Martin L. King Jr. Blvd
          Austin, Texas 78702
          Tel. (512) 476-4886
          Fax. (512) 476-2818
          Attorney for Plaintiff
          Ciara Lopez

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**